## ATTACHMENT C
## LIST OF DOCUMENTS AND DESCRIPTIONS

| DOCUMENT | DATE |
|---|---|
| 1.   Letter from Plaintiff acknowledging her collateral assignment of inheritance rights. | October 6, 1994 |
| 2.   Letter from Plaintiff to Defendant Kahn relating to estimates of value of Plaintiff's house and acknowledging indebtedness to Defendant Kahn. | May 21, 1996 |
| 3.   Trust agreement establishing CKS Irrevocable Trust. | September 20, 1996 |
| 4.   Letter from Defendant Kahn to Defendant Cohen setting forth list of assets and assigned values to be liquidated or transferred from CKS Trust. | October 8, 1996 |
| 5.   Memorandum from Defendant Kahn to Plaintiff providing breakdown of assets of Max E. Kahn Trust. | October 8, 1996 |
| 6.   Letter to Plaintiff from Defendant Cohen transmitting copy of October 8, 1996 letter from Defendant Kahn and schedule of assets and assigned values. | October 15, 1996 |

7.  Fax from Plaintiff to Defendant Cohen agreeing to schedule of assets to be transferred or liquidated and assigned values.     October 15, 1996

8.  Letter from Plaintiff to Defendant Cohen posing certain questions with respect to CKS Trust.     October 16, 1996

9.  Letter to Plaintiff from Defendant Cohen responding to questions posed in letter of October 16, 1996.     October 18, 1996

10. Memorandum from Defendant Cohen to Co-Trustee Jeff Kaplan and Plaintiff providing report on status of CKS Trust distributions.     October 24, 1996

11. Letter from Claire E. Allison, legal assistant at Defendant Cohen Pollock, to Co-Trustee Kaplan with copy to Plaintiff transmitting check in the amount of $6,934.70 to be used to repay merchant from which Plaintiff misappropriated certain items.     November 4, 1996

12. Letter from Co-Trustee Kaplan to Plaintiff with copy to Defendant Cohen advising Plaintiff that CKS Trust assets will soon be exhausted because of Plaintiff's withdrawals to meet financial needs of her household.     February 17, 1999

| | |
|---|---|
| 13.     Letter from Defendant Cohen Pollock to Plaintiff transmitting copy of resignation, release and hold harmless agreement wherein Co-Trustee Kaplan resigns as Trustee of the CKS Trust. | July 2, 1999 |
| 14.     Letter from Co-Trustee Kaplan to Defendant Cohen with respect to CKS Income Tax Returns and inappropriate disbursements of Plaintiff or her husband from Plaintiff's children's trust. | September 16, 1999 |
| 15.     Letter from Sharon Robertson, legal assistant at Defendant Cohen Pollock, to Co-Trustee Kaplan transmitting resignation, release and hold harmless agreement for Co-Trustee Kaplan as executed by Plaintiff. | August 5, 1999 |
| 16.     Release and hold harmless agreement executed by Plaintiff upon resignation as sole trustee of CKS Trust of Defendant Cohen. | 2000 |
| 17.     Checks at various dates representing disbursements from CKS Trust to Plaintiff or for her benefit. | Various |
| 18.     Invoices from Defendant Cohen Pollock reflecting services rendered at various times. | Various |
| 19.     These Defendants reserve the right to use documents listed by Plaintiff. | Various |

| | |
|---|---|
| 20.    These Defendants reserve the right to use documents listed by Defendant Kahn. | Various |
| 21.    These Defendants reserve the right to supplement this list and use additional documents as may be indicated during Discovery. | |